Kelly H. Dove, Esq.
Nevada Bar No. 10569
Holly E. Cheong, Esq.
Nevada Bar No. 11936
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
kdove@swlaw.com
hcheong@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW ANDERSON,<br><br>          Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., and DOES I-X, inclusive,<br><br>          Defendants. | CASE NO. 3:20-cv-00192-MMD-CLB<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO AMENDED COMPLAINT AND RESPONSE TO MOTION TO REMAND**<br><br>**(FIRST REQUEST)** |

Plaintiff Matthew Anderson ("Plaintiff"), by and through his undersigned counsel of record, the law firm of Tory M. Pankopf, Ltd., and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") (collectively "Parties"), by and through their undersigned counsel of record, the law firm of Snell & Wilmer L.L.P., hereby stipulate and request an order from the Court to extend the filing deadline for Wells Fargo to respond to Plaintiff's Motion to Remand (ECF No. 10) and Plaintiff's Amended Complaint (ECF No. 13). This is the first stipulation for an extension of time for Wells Fargo to respond to either pleading.

Currently, Wells Fargo's response to the Motion to Remand is due no later than May 1, 2020 and Wells Fargo's response to the Amended Complaint is due no later than May 6, 2020. Parties request an extension of time, up to and including, May 15, 2020, for Wells Fargo to file its responses to the Motion for Remand and Amended Complaint. Wells Fargo requires additional time to complete its research to support its responses and time for client review.

IT IS STIPULATED AND AGREED by and between Parties that Wells Fargo shall have up to and including May 15, 2020, to file its responses to the Motion to Remand and Amended Complaint (ECF Nos. 10, 13.)

DATED this 1st day of May, 2020

By: */s/ Tory M. Pankopf*
    Tory M. Pankopf, Esq.
    Nevada Bar No. 7477
    Tory M. Pankopf, Ltd.
    748 S. Meadows Parkway, Suite 244
    Reno, Nevada 89521
    Telephone: (775) 384-6957
    Facsimile: (775) 384-6958
    tory@pankopfuslaw.com
    *Attorneys for Plaintiff*

DATED this 1st day of May, 2020

By: */s/ Holly E. Cheong*
    Holly E. Cheong, Esq.
    Nevada Bar No. 11936
    Snell & Wilmer L.L.P.
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169
    Telephone:  (702) 784-5200
    Facsimile:  (702) 784-5252
    hcheong@swlaw.com
    *Attorneys for Wells Fargo Bank, N.A.*

**IT IS SO ORDERED.**

_____
DISTRICT COURT JUDGE

DATED:  May 1, 2020

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO AMENDED COMPLAINT AND RESPONSE TO MOTION TO REMAND** by the method indicated:

|   |   |
|---|---|
| _____ | U.S. Mail |
| _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission |
| _____ | Overnight Mail |
| _____ | Federal Express |
| _____ | Hand Delivery |
| ____X____ | Electronic Filing |

and addressed to the following:

Tory M. Pankopf, Esq.
Tory M. Pankopf, Ltd.
748 S. Meadows Parkway, Suite 244
Reno, NV 89521
tory@pankopfuslaw.com
*Attorneys for Plaintiff Matthew Anderson*

DATED May 1, 2020

*/s/ Maricris Williams*
An Employee of Snell & Wilmer L.L.P.

4844-2839-2379

- 3 -