Kelly H. Dove, Esq.
Nevada Bar No. 10569
Holly E. Cheong, Esq.
Nevada Bar No. 11936
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
kdove@swlaw.com
hcheong@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW ANDERSON,<br><br>  Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., and DOES I-X, inclusive,<br><br>  Defendants. | CASE NO. 3:20-cv-00192-MMD-CLB<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO REMAND**<br><br>**(FIRST REQUEST)** |

Plaintiff Matthew Anderson ("Plaintiff"), by and through his undersigned counsel of record, the law firm of Tory M. Pankopf, Ltd., and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") (collectively "Parties"), by and through their undersigned counsel of record, the law firm of Snell & Wilmer L.L.P., hereby stipulate and request an order from the Court to extend the filing deadline for Plaintiff to filed a reply in support of his Motion to Remand (ECF No. 10), filed on April 17, 2020. This is the first stipulation for an extension of time for Plaintiff to file a reply in support of his Motion to Remand.

Wells Fargo filed its opposition to the Motion to Remand on May 15, 2020. [ECF No. 22.] Currently, Plaintiff's reply in support of his Motion to Remand is due no later than May 22, 2020. Parties request an extension of time, up to and including, May 29, 2020, for Plaintiff to file his reply in support of the Motion for Remand. Plaintiff requires additional time as the Parties are discussing settlement.

IT IS STIPULATED AND AGREED by and between Parties that Plaintiff shall have up to and including May 29, 2020, to file his reply in support of the Motion to Remand (ECF No. 10.)

DATED this 22nd day of May, 2020

By: */s/ Tory M. Pankopf*
    Tory M. Pankopf, Esq.
    Nevada Bar No. 7477
    Tory M. Pankopf, Ltd.
    748 S. Meadows Parkway, Suite 244
    Reno, Nevada 89521
    Telephone: (775) 384-6957
    Facsimile: (775) 384-6958
    tory@pankopfuslaw.com
    *Attorneys for Plaintiff*

DATED this 22nd day of May, 2020

By: */s/ Holly E. Cheong*
    Holly E. Cheong, Esq.
    Nevada Bar No. 11936
    Snell & Wilmer L.L.P.
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169
    Telephone: (702) 784-5200
    Facsimile: (702) 784-5252
    hcheong@swlaw.com
    *Attorneys for Wells Fargo Bank, N.A.*

**IT IS SO ORDERED.**

_____
MIRANDA M. DU.

DISTRICT COURT JUDGE

DATED THIS 26th day of May 2020.

# **CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO REMAND** by the method indicated:

| | |
|---|---|
| _____ | U.S. Mail |
| _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission |
| _____ | Overnight Mail |
| _____ | Federal Express |
| _____ | Hand Delivery |
| \_\_\_\_X\_\_\_\_\_ | Electronic Filing |

and addressed to the following:

Tory M. Pankopf, Esq.
Tory M. Pankopf, Ltd.
748 S. Meadows Parkway, Suite 244
Reno, NV 89521
tory@pankopfuslaw.com
*Attorneys for Plaintiff Matthew Anderson*

DATED May 22, 2020

> */s/ Maricris Williams*
> An Employee of Snell & Wilmer L.L.P.

4815-1345-0173