Kelly H. Dove, Esq.
Nevada Bar No. 10569
Holly E. Cheong, Esq.
Nevada Bar No. 11936
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
kdove@swlaw.com
hcheong@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW ANDERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., and DOES I-X, inclusive,<br><br>    Defendants. | CASE NO. 3:20-cv-00192-MMD-CLB<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO REMAND AND TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff Matthew Anderson ("Plaintiff"), by and through his undersigned counsel of record, the law firm of Tory M. Pankopf, Ltd., and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") (collectively "Parties"), by and through their undersigned counsel of record, the law firm of Snell & Wilmer L.L.P., hereby stipulate and request an order from the Court to extend the filing deadline for Plaintiff to file a reply in support of his Motion to Remand (ECF No. 10), filed on April 17, 2020, and also request an order from the Court to extend the filing deadline for Plaintiff to file a response to Wells Fargo's Motion to Dismiss Amended Complaint (ECF No. 23), filed on May 15, 2020.  This is the second stipulation for an extension of time for Plaintiff to file a reply in support of his Motion to Remand and the first stipulation for an extension of time for Plaintiff to respond to the Motion to Dismiss Amended Complaint.

Wells Fargo filed its opposition to the Motion to Remand on May 15, 2020. [ECF No. 22.] Currently, Plaintiff's reply in support of his Motion to Remand is due no later than May 29, 2020 per stipulation. [ECF No. 25.] Wells Fargo filed its Motion to Dismiss Amended Complaint on May 15, 2020. [ECF No. 23.] Currently, Plaintiff's response to the Motion to Dismiss Amended Complaint is due no later than May 29, 2020. [ECF No. 25.] Parties request an extension of time, up to and including, June 12, 2020, for Plaintiff to file his reply in support of the Motion for Remand and respond to the Motion to Dismiss Amended Complaint. Plaintiff requires additional time as the Parties are discussing settlement.

IT IS STIPULATED AND AGREED by and between Parties that Plaintiff shall have up to and including June 12, 2020, to file his reply in support of the Motion to Remand (ECF No. 10) and response to Motion to Dismiss Amended Complaint (ECF No. 23.)

DATED this 29th day of May, 2020

By: */s/ Tory M. Pankopf*
Tory M. Pankopf, Esq.
Nevada Bar No. 7477
Tory M. Pankopf, Ltd.
748 S. Meadows Parkway, Suite 244
Reno, Nevada 89521
Telephone: (775) 384-6957
Facsimile: (775) 384-6958
tory@pankopfuslaw.com
*Attorneys for Plaintiff*

DATED this 29th day of May, 2020

By: */s/ Holly E. Cheong*
Holly E. Cheong, Esq.
Nevada Bar No. 11936
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
hcheong@swlaw.com
*Attorneys for Wells Fargo Bank, N.A.*

**IT IS SO ORDERED.**

_____
DISTRICT COURT JUDGE

DATED: June 1, 2020

Snell & Wilmer L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

# **CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action.  On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO REMAND AND TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT** by the method indicated:

| | |
|---|---|
| _____ | U.S. Mail |
| _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission |
| _____ | Overnight Mail |
| _____ | Federal Express |
| _____ | Hand Delivery |
| ___X___ | Electronic Filing |

and addressed to the following:

Tory M. Pankopf, Esq.
Tory M. Pankopf, Ltd.
748 S. Meadows Parkway, Suite 244
Reno, NV 89521
tory@pankopfuslaw.com
*Attorneys for Plaintiff Matthew Anderson*


DATED May 29, 2020

                                               */s/ Maricris Williams*
                                             An Employee of Snell & Wilmer L.L.P.

4816-1670-9565