Kelly H. Dove, Esq.
Nevada Bar No. 10569
Holly E. Cheong, Esq.
Nevada Bar No. 11936
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
kdove@swlaw.com
hcheong@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW ANDERSON,<br><br>             Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., and DOES I-X, inclusive,<br><br>             Defendants. | CASE NO. 3:20-cv-00192-MMD-CLB<br><br>**STIPULATION AND ORDER TO DISMISS LITIGATION WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Matthew Anderson and Defendant Wells Fargo Bank, N.A., by and through their respective undersigned counsel of record, that this action will be dismissed in its entirety with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

1  Each party shall bear its own attorney's fees and costs.

2  **IT IS SO STIPULATED.**

3

4  DATED this 8th day of June, 2020                DATED this 8th day of June, 2020

5  By: */s/ Tory M. Pankopf*                       By: */s/ Holly E. Cheong*
6     Tory M. Pankopf, Esq.                 Holly E. Cheong, Esq.
   Nevada Bar No. 7477                      Nevada Bar No. 11936
7     Tory M. Pankopf, Ltd.                 Snell & Wilmer L.L.P.
   748 S. Meadows Parkway, Suite 244       3883 Howard Hughes Parkway, Suite 1100
8     Reno, Nevada 89521                    Las Vegas, NV 89169
   Telephone: (775) 384-6957                Telephone:  (702) 784-5200
9     Facsimile: (775) 384-6958              Facsimile:  (702) 784-5252
10    tory@pankopfuslaw.com                  hcheong@swlaw.com
   *Attorneys for Plaintiff*                *Attorneys for Wells Fargo Bank, N.A.*

11

12

13

14  **IT IS SO ORDERED.**

15                                                                       _____
16                                                                       DISTRICT COURT JUDGE

17                                                                       DATED: __June 8, 2020_____

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO DISMISS LITIGATION WITH PREJUDICE** by the method indicated:

| | |
|---|---|
| _____ | U.S. Mail |
| _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission |
| _____ | Overnight Mail |
| _____ | Federal Express |
| _____ | Hand Delivery |
| ___X___ | Electronic Filing |

and addressed to the following:

Tory M. Pankopf, Esq.
Tory M. Pankopf, Ltd.
748 S. Meadows Parkway, Suite 244
Reno, NV 89521
tory@pankopfuslaw.com
*Attorneys for Plaintiff Matthew Anderson*

DATED June 8, 2020

                                     */s/ Maricris Williams*
                                     An Employee of Snell & Wilmer L.L.P.

4828-4326-2142

Snell & Wilmer L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200